

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9/21/12

LAW OFFICES OF
## SCOTT A. LUCAS
250 Park Avenue
20th Floor
New York, New York 10177

Telephone (212) 983-6000
Fax (212) 983-6008

Of Counsel
STEVEN MITCHELL SACK



September 20, 2012

VIA FAX (212) 805-7942

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   C.Hans Figi v. Ross Institute, The Ross School and
Courtney Sale Ross: 12 Civ. 5757 (AKH)

Dear Judge Hellerstein:

As counsel for Plaintiff, I write to request an adjournment of at least 60 days of the initial court conference scheduled for September 28th at 10:00 a.m. There have been no previous requests for an adjournment. Defendants consent to this request.

The reason for this request is that Defendants have not been served, despite three prior attempts. However, Defendants, through their new counsel, agreed today to waive service pursuant to Rule 4. Accordingly, the necessary paperwork was mailed out to Defendants' counsel today.

The reason an adjournment of at least 60 days was requested is that Defendants will have 30 days to execute the waiver of service form and another 30 days to file an Answer. In addition, I was advised by Defendants' predecessor counsel that counterclaims will be included with Defendants' Answer. Accordingly, it is prudent to adjourn the conference

by at least 60 days so that Defendants' Answer and Counterclaims can be filed and so that the parties can, in turn, realistically evaluate the discovery-related issues that will have to be addressed before the initial court conference.

Thank you for considering this request.

Respectfully submitted,

Scott A. Lucas

Cc: Robert M. Tils, Esq. (via email)