UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

C. HANS FIGI,                                                                    Case No. 12-CV-5757 (AKH)

                              Plaintiff,                         **STIPULATION OF**
                                                                **DISCONTINUANCE**

            -against-

ROSS INSTITUTE FOR ADVANCED STUDY AND
INNOVATION IN EDUCATION, THE ROSS SCHOOL
and COURTNEY SALE ROSS,

                              Defendants.
-----------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for the respective parties, that this action having been settled pursuant to a Stipulation of

Settlement, shall be and hereby is dismissed pursuant to Fed. R. Civ. P. 41, with prejudice and

without costs or attorneys fees to any party, except as set forth in said Stipulation of Settlement,

and subject to the parties' rights to move this Court to enforce said Stipulation of Settlement.

Dated: Garden City, New York
       April 8, 2013

LAW OFFICE OF SCOTT A. LUCAS                    MORITT HOCK & HAMROFF LLP
Attorneys for Plaintiff                        Attorneys for Defendants


By: _____                  By: _____
           Scott A. Lucas                                  Robert M. Tils
250 Park Avenue – 20th Floor                    400 Garden City Plaza
New York, NY  10177                             Garden City, NY  11530
(212) 983-6000                                  (516) 873-2000